UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD KRAVETZ,<br><br>Petitioner,<br><br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00518-MMD-WGC<br><br>ORDER |

Petitioner Richard Kravetz brings this 28 U.S.C. § 2254 habeas corpus matter. Before the Court is Respondents' unopposed motion for extension of time to file an answer to the petition, which the Court finds good cause to grant.

It is therefore ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 31) is granted. Respondents must file their answer on or before August 17, 2020.

DATED THIS 18th day of June 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT COURT