UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD KRAVETZ, | Case No. 3:19-cv-00518-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

This is Petitioner Richard Kravetz's 28 U.S.C. § 2254 *habeas corpus* matter. Petitioner filed two pro se documents (ECF Nos. 33, 36) though Petitioner is represented by counsel. However, a party who is represented by counsel cannot file pleadings or any other documents pro se without leave of the Court. LR IA 11-6(a).[1] Accordingly, the pro se documents will be stricken as fugitive documents. Good cause appearing, Petitioner's motion, filed by Petitioner's counsel, for extension of time to file a reply in support of the answer (ECF No. 35), is granted.

It is therefore ordered that Petitioner's motion for copies (ECF No. 33) and motion requesting information regarding whistleblower complaint (ECF No. 36) are both stricken.

It is further ordered that Petitioner's motion to extend time to file a reply (ECF No. 35) is granted. Petitioner will file the reply within 30 days of the date of this order.

DATED THIS 13th Day of October 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court further notes the second pro se filing (ECF No. 36) is styled as a motion for information regarding a whistleblower complaint and refers to allegations of extortion and bank fraud. It appears to be unrelated to this habeas matter.