UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD KRAVETZ, | Case No. 3:19-cv-00518-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

The Court denied Richard Kravetz's 28 U.S.C. § 2254 habeas corpus petition on the merits in January 2022, and judgment was entered. (ECF Nos. 39, 40.) The Ninth Circuit Court of Appeals denied a certificate of appealability in August 2022. (ECF No. 44.) Kravetz has now filed a document that he styles as a motion under the Freedom of Information Act. (ECF No. 45.) He requests copies of parts of the state-court record totaling more than one hundred pages. The Court first notes that he was represented by counsel in this matter, and counsel has not withdrawn as attorney of record. Further, he provides no explanation as to why he now needs these documents from his long-closed criminal matter.

It is therefore ordered that Petitioner's motion (ECF No. 45) is denied.

DATED THIS 12th Day of December 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE